Exhibit A



