# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

NOTORIOUS B.I.G. LLC, et al.

                        Plaintiff,

v.                                                 Case No.: 1:25−cv−01184
                                                         Honorable Rebecca R. Pallmeyer

ICanvas INC., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion [23] is granted. Date for Defendant's responsive pleading is extended to April 1, 2025. Date for submission of the parties' Report of Planning Meeting is extended to April 15, 2025. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.