**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

NOTORIOUS B.I.G. LLC,
REPUBLIC MERCHANDISING, INC.,
and BARRON CLAIBORNE

Plaintiffs,

v.

ICANVAS, INC., KROTO, INC.,
LEON OKS, BEYOND, INC.,
THE HOME DEPOT, INC.,
NORDSTROM, INC., and TARGET CORP.

Defendants.

Case No. 1:25-cv-01184

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiffs, NOTORIOUS B.I.G. LLC, REPUBLIC MERCHANDISING, INC., and BARRON CALIBORNE (collectively, the "B.I.G. Parties"), hereby gives notice that the B.I.G. Parties complaint against Defendant, THE HOME DEPOT INC., ("Home Depot") only, is voluntarily dismissed with prejudice pursuant to settlement. Case remains pending against all other parties.

*/s/ Steven Hart*
Attorney for Plaintiffs
HART MCLAUGHLIN & ELDRIDGE
1 S. Dearborn St., Suite 1400
Chicago, IL 60603
shart@hmelegal.com