UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

NOTORIOUS B.I.G. LLC, et al,

    Plaintiff,

v.

ICANVAS INC., et al.,

    Defendants.

CASE NO. 1: 25−CV−01184
HON. REBECCA R. PALLMEYER

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the action be dismissed without prejudice to allow them time to effectuate the terms of the settlement agreement ("Agreement"). *See Kokkonen v. Guardian Life Insurance Company of America,* 511 U.S. 375 (1994).

**IT IS HEREBY ORDERED:**

    1.    By consent of the parties, the action will be dismissed without prejudice with leave to reinstate in good faith on or before November 15, 2025.

    2.    This Agreed Order of Dismissal is entered without prejudice in order to allow the case to be reinstated if the terms of the Agreement are not satisfied. Once the terms of the Agreement have been fulfilled, the parties are barred from relitigating any claims raised in this litigation or any claims released by means of the Agreement.

3. In the event a motion to reinstate or motion to enforce settlement is not filed on or before November 15, 2025, the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 7/16/2025

Hon. REBECCA R. PALLMEYER
United States District Judge

Agreed as to Form and Content:

HART, MCLAUGHLIN & ELDRIDGE

By: s/ *Steven Hart*
    Steven A. Hart
    shart@hmelegal.com

Date: 7/16/2025

SAPER LAW OFFICES, LLC
Attorneys for Defendant

By: s/ *Daliah Saper*
    Daliah Saper
    ds@saperlaw.com

Date: 7/16/2025